IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DESTINY RICHARDSON-GRAVES** | : | CIVIL ACTION NO. 1:13-cv-525 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| **v.** | : | |
| | : | |
| **EMPIRE BEAUTY SCHOOL, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a February 25, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 18th day of March, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) The Defendants' Motions to Dismiss the second amended complaint with prejudice (Doc. Nos. 24 & 27), are **GRANTED**.

3) The Clerk of Court shall **CLOSE** the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania